IN the INTEREST OF: N.C.; Plaintiff,

Juvenile Officer, Respondent,

v.

S.A.K. (Mother), Appellant.

WD 79990

Missouri Court of Appeals,
Western District.

ORDER FILED: April 11, 2017

Attorneys: Tina Deiter, Maryville, MO, Counsel for Appellant

Attorneys: David Baird, Maryville, MO, Counsel for Respondent

Before Division One: James Edward Welsh, P.J., Anthony Rex Gabbert, and Edward R. Ardini, Jr., JJ.

### ORDER

Per Curiam:

S.A.K. appeals the circuit court's judgment terminating her parental rights to her eight-year-old biological daughter, N.C., contending that no substantial evidence was presented showing that termi-

nation was in the best interest of the child. We affirm. Rule 84.16(b).